**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

      **Plaintiff-Appellee,**

                    **CRIMINAL NO. 10-30088-DRH**

**vs.**

                    **APPEAL NO. 11-2566**

**CORTEZ L. WOOTEN,**

      **Defendant-Appellant.**


## ORDER

Upon motion of the United States of America, the Court being fully advised in the premises, the Court hereby **ORDERS** the United States to turn over exhibit 4 (videotaped recording) and exhibit 4A (transcript of that recording) to the Clerk of this Court, and further **ORDERS** the Clerk to include said exhibits in the record on appeal.


**Date: February 16, 2012**

David R. Herndon
2012.02.16
09:44:29 -06'00'

**Chief Judge**
**United States District Court**